1050

[No. 48083-2-II.   Division Two.   January 24, 2017.]

MICHAEL L. ROESCH, *Appellant*, v. CARL BOHM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-07406-2, Philip K. Sorensen, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 48270-3-II.   Division Two.   January 24, 2017.]

TAYLOR R. GILBERT, *Appellant*, v. BRIAN BLYTH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-2-00340-8, Toni A. Sheldon, J., entered October 19, 2015. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 48401-3-II.   Division Two.   January 24, 2017.]

THE STATE OF WASHIINGTON, *Respondent*, v. JAMES CHARLES MATHES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00301-1, Kevin D. Hull, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.